UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SOCORRO RAMOS, a single woman; and EDITH GLADIN, a married woman,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>WASHINGTON FRUIT & PRODUCE COMPANY, a Washington Corporation,<br><br>　　　　　　　　　　Defendant. | NO: 2:15-CV-0078-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulated Motion to Dismiss (ECF No. 21). The parties have reached a settlement and jointly move for dismissal with prejudice and without costs pursuant to Federal Rule of Civil Procedure 41(a)(2).

//

//

//

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

1. Pursuant to the parties' stipulation, all claims and causes of action in this matter are **DISMISSED** with prejudice and without costs to any party.

2. All pending motions are denied as moot.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

**DATED** October 30, 2015.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2